| | |
|---|---|
| 1 | GREGORY D. HULL (Bar No. 57367) |
| | greg.hull@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, CA 94065-1134 |
| | Telephone: +1 650 802 3000 |
| 4 | Facsimile: +1 650 802 3100 |
| 5 | MARCIA L. GOLDSTEIN (NY Reg. No. 1541242) |
| | marcia.goldstein@weil.com |
| 6 | JOSEPH H. SMOLINSKY (NY Reg No. 2286698) |
| | joseph.smolinsky@weil.com |
| 7 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 8 | New York, NY 10153 |
| | Telephone: +1 212 310 8000 |
| 9 | Facsimile: +1 212 310 8007 |
| 10 | Attorneys for Debtor and Debtors in Possession |
| | THE READER'S DIGEST ASSOCIATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| LESLIE GOLBA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE READER'S DIGEST ASSOCIATION, a Delaware corporation,<br><br>Debtor and Debtors in Possession. | Case No. 12-CV-00361 DOC (MLGx)<br><br>**NOTICE OF BANKRUPTCY**<br><br>Place:   Court Room 6A<br>Judge:   Hon. Marc L. Goldman |

Defendant, The Reader's Digest Association, Inc. ("RDA"), files this Notice of Bankruptcy, and states as follows:

PLEASE TAKE NOTICE that, on February 17, 2013, or immediately thereafter, RDA and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed voluntary petitions under chapter 11 of title 11 of the United

1  States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the
2  Southern District of New York (the "Bankruptcy Court"). The Debtors' bankruptcy
3  cases are being jointly administered under *In re RDA Holding Co., et al.,* Ch. 11 Case
4  No. 13-22233 (RDD) (Bankr. S.D.N.Y.).

5      PLEASE TAKE FURTHER NOTICE that, pursuant to section 362(a) of the
6  Bankruptcy Code, the filing of a bankruptcy petition operates as an automatic stay of
7  the commencement or continuation, including issuance or employment of process, of
8  a judicial, administrative, or other action or proceeding against the debtor that was or
9  could have been commenced before the commencement of the case under the
10 Bankruptcy Code, or to recover a claim against the debtor that arose before the
11 commencement of the case under the Bankruptcy Code. 11 U.S.C. § 362(a).

12     PLEASE TAKE FURTHER NOTICE that, through this Action (the "Action"),
13 the Plaintiff, Leslie Golba, individually and on behalf of all others similarly situated,
14 is attempting to recover a claim against RDA that arose prior to the commencement of
15 RDA's bankruptcy case. Accordingly, continuation of the Action is automatically
16 stayed under the Bankruptcy Code. The Debtors reserve their right to bring an action
17 in the Bankruptcy Court for any violation of the automatic stay under section 362(a)
18 of the Bankruptcy Code related to the commencement of the Action.

20 Dated: April 9, 2013                                 WEIL, GOTSHAL & MANGES LLP

22                                                     By: */s/ Gregory D. Hull*
23                                                          GREGORY D. HULL

25                                                     Attorneys for Debtors
                                                       and Debtors in Possession
26                                                     THE READER'S DIGEST
                                                       ASSOCIATION